IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMIE SHAWN CONNELL,

    Plaintiff,

vs.                                        Case No: 5:07cv77/MCR/EMT

REGIONS BANK,

    Defendant.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 27, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This cause is **DISMISSED** for lack of subject matter jurisdiction.

    **DONE AND ORDERED** this 1st day of August, 2007.

                                                      *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS**
                                                      **UNITED STATES DISTRICT JUDGE**