FLN (Rev. 4/2004) Deficiency Order                                                                                                    Page 1 of 2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

JAMIE SHAWN CONNELL

    vs                                                                            Case No. 5:07cv77/MCR/EMT

REGIONS BANK

_____

**ORDER**

Plaintiff's document received by the clerk of the court on June 26, 2008, was referred to the undersigned with the following deficiencies:

    The document is not properly captioned for this court.  Every paper filed after the complaint must have the name of this court.  The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing.  To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned.  *See* N.D. Fla. Loc. R. 5.1(B)(1).

    The document is not in proper form.  A request for a court order shall be by motion.  Fed. R. Civ. P. 7(b).  The title of the motion shall include a clear, concise and specific description of the motion and the filing party.  The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought.  *Id.*

    The document does not have a proper signature block.  The typed or printed name and address of the party filing the document must be included with the original signature.  *See* Fed. R. Civ. P. 11(a).

    The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida.

    The document is not one-sided.  Writing should appear on only one side of each

FLN (Rev. 4/2004) Deficiency Order                                                                                                    Page 2 of 2

    page.

For these reasons, it is **ORDERED** that:

    The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.

**DONE AND ORDERED** this 27th day of June 2008.

                                    /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**